# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 14-05010-01-CR-SW-RK |
| STEVEN RAY COTTLE, JR., ) | |
| Defendant. ) | |

## ORDER

On June 9, 2015, a hearing was held before United States Magistrate Judge David P. Rush on the issue of defendant Steven Ray Cottle, Jr.'s competency to stand trial pursuant to 18 U.S.C. § 4241. No evidence was presented other than the Forensic Report prepared by Cynthia A. Low, Ph.D., Forensic Unit Psychologist at the Federal Detention Center, SeaTac, Washington. On June 10, 2015, Judge Rush issued his Report and Recommendation (Doc. 37).

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge David P. Rush.

Accordingly, it is ORDERED that defendant Steven Ray Cottle, Jr. is found to be competent to stand trial.

        s/ Roseann A. Ketchmark
        ROSEANN A. KETCHMARK, JUDGE
        UNITED STATES DISTRICT COURT

DATED: November 12, 2015